UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD HARDY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MICHAEL MARTEL, WARDEN,<br><br>　　　　　Respondent. | CASE NO. CV 11-07310-VAP (PJW)<br><br>ORDER ACCEPTING FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition, the records on file, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　The Court finds that Petitioner is entitled to a certificate of appealability for the following issue: Whether the state supreme court reasonably concluded that Petitioner was not prejudiced as a result of his counsel's failure to uncover and expose the fact that a key government witness, Calvin Boyd, was probably the person who committed the murders.

1  *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v.*
2  *Cockrell*, 537 U.S. 322, 336 (2003).
3
4       DATED:     June 24, 2013          .
5
6                                    _____
7                                    VIRGINIA A. PHILLIPS
                                     UNITED STATES DISTRICT JUDGE

28  C:\Temp\notesE1EF34\~5124168.wpd