UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD HARDY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MICHAEL MARTEL, WARDEN,<br><br>　　　　Respondent. | ) CASE NO. CV 11-07310-VAP<br>) (PJW)<br>)<br>)<br>)<br>) J U D G M E N T<br>)<br>)<br>)<br>) |

　　Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

　　DATED:　June 24, 2013　　　.

　　　　　　　　　　　　　　　　/s/ Virginia A. Phillips
　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\~194_Case_LA11CV07310-VAP(PJW) (Harcy v. Martel)_Proposed JUDGMENT.wpd