UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD HARDY,<br><br>    Petitioner,<br><br>    v.<br><br>MICHAEL MARTEL, WARDEN,<br><br>    Respondent. | CASE NO. CV 11-7310-VAP (PJW)<br><br>[PROPOSED] JUDGMENT |

On May 10, 2017, the Ninth Circuit Court of Appeals issued its mandate, remanding the action to this Court with instructions to grant the petition for writ of habeas corpus.

IT IS ADJUDGED that the Petition is granted and that Respondent shall discharge Petitioner from all adverse consequences of his convictions in Los Angeles County Superior Court Case No. A148767, unless Petitioner is retried within 90

days of the entry of this judgment, plus any additional delay authorized under state law.

DATED:  May 19, 2017 .

_____
VIRGINIA A. PHILLIPS
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

O:\VAP\ECF Ready\LA11CV07310 VAP(PJW)-PROP-JUDGMENT-194.wpd